UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                            Chapter 11

    58 Dobbin LLC,                          Case No. 24-41110-ess

                                                    Hon. Elizabeth S. Stong
                            Debtor.       United States Bankruptcy Judge
------------------------------------------------------------x

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND OTHER REQUESTED RELIEF[1]

Upon the motion (the "Motion") (ECF No. 20) of 58 Dobbin Funding L.P. ("Secured Creditor"), secured creditor of the above-captioned Debtor, 58 Dobbin LLC (the "Debtor"), by and through its attorneys, Kriss & Feuerstein LLP, for the entry of an Order: (i) granting relief from the automatic stay pursuant to 11 U.S.C. §§ 105(a) and 362(d)(3) so that it may exercise all rights and remedies available to it under applicable law with respect to the Debtor and/or the real property commonly known and located at 58 Dobbin Street, Brooklyn, New York 11222 (Block: 2643, Lot: 52) (the "Property"); (ii) waiving the fourteen (14) day stay imposed by FED. R. BANKR.P. 4001(a)(3); and (iii) granting such further and different relief as the Court may deem just and proper; and there having been no opposition to the Motion, and a hearing having been held on July 19, 2024 (the "Hearing"), before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at which counsel for the Secured Creditor, counsel for the Debtor, and counsel for the Office of the United States Trustee, having appeared, the record and transcript of which is incorporated by reference and it appearing that the Debtor, Debtor's counsel and the Office of the United States Trustee, and all other parties entitled to notice were duly served with the Motion (ECF No. 21); and the Debtor by its counsel having consented to the relief as set forth herein at the Hearing, and upon all of the pleadings and proceedings heretofore had, after due deliberation

---

[1] Capitalized terms used but not defined herein shall have the same meaning as in the Motion.

and sufficient cause appearing; and for the reasons set forth on the record by the Court at the Hearing,

**IT IS HEREBY:**

~~**ORDERED**, that the Motion be, and is hereby, GRANTED, to the extent set forth herein; and it is further~~

**ORDERED**, that the automatic stay imposed in this case pursuant to 11 U.S.C. § 362(a) is hereby ~~terminated~~***modified*** as of August 19, 2024, pursuant to 11 U.S.C. §§ 362(d)(3) to permit Secured Creditor, its successors and/or assigns, to ***pursue its rights*** ~~exercise all rights available to it~~ under applicable law with respect to the Debtor and/or the Property; and it is further

**ORDERED**, this Court ~~shall~~***may*** retain jurisdiction to hear and determine all matters arising from the implementation of this Order**.**~~; and it is further~~

~~**ORDERED**, that this order shall survive any conversion of this case to another Chapter other than Chapter 11 under the Bankruptcy Code.~~



Dated: Brooklyn, New York
August 8, 2024

_____
Elizabeth S. Stong
United States Bankruptcy Judge