| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------x | Hearing Date: October 10, 2024<br>Hearing Time: 10:30 a.m. |

In re:

    **58 DOBBIN LLC**,

                        Debtor.

-------------------------------------------------------------x

Chapter 11

Case No.: 24-41110 (ESS)

## MOTION OF THE UNITED STATES TRUSTEE FOR APPROVAL OF THE STIPULATION AND PROPOSED ORDER DISMISSING THE DEBTORS' CHAPTER 11 CASES

TO: THE HONORABLE ELIZABETH S. STONG,
     UNITED STATES BANKRUPTCY JUDGE:

      The United States Trustee for Region 2 (the "United States Trustee") hereby moves this Court for the approval of the Stipulation and Proposed Order (the "Stipulation") dismissing the chapter 11 bankruptcy case of 58 Dobbin LLC (the "Debtor"), annexed hereto as Exhibit A. In support of this motion, the United States Trustee represents and alleges as follows:

      1.    On March 13, 2024 (the "Filing Date"), 58 Dobbin LLC (the "Debtor") commenced its bankruptcy case by filing a voluntary petition under chapter 11 of the Bankruptcy Code. See ECF Doc. No. 1.

      2.    The Debtor has failed to pay $500 in quarterly fees.

      3.    The Debtor has failed to file monthly operating reports for the months of March 2024 through and including July 2024.

      4.    The automatic stay has been lifted with respect to the property located at 58 Dobbin Street, Brooklyn, NY 11222 (the "Property"), without which the Debtor does not have sufficient assets to propose a meaningful reorganization in the bankruptcy case

      5.    The Debtor desires to dismiss its bankruptcy case.

      6.    On September 10, 2024, the Debtor and the United States Trustee executed the

Stipulation providing for the dismissal of the Debtor's case under 11 U.S.C. § 1112(b).  See Ex. A.

7. There is cause to dismiss this case.  See 11 U.S.C. §§ 1112(b)(4).

8. The United States Trustee will serve the Notice of Hearing to approve the Stipulation on the Debtor, counsel for the Debtor, parties who filed notices of appearance in this matter, and the Debtor's creditors.

WHEREFORE, the United States Trustee requests that the Court approve the Stipulation and dismiss the Debtor's case.

Dated:  New York, New York        WILLIAM K. HARRINGTON
       September 10, 2024            UNITED STATES TRUSTEE, REGION 2

By:  */s/ Reema Lateef*
    Reema Lateef, Esq.
    Trial Attorney
    Alexander Hamilton Custom House
    1 Bowling Green, Room 510
    New York, New York 10004
    Tel. No. (212) 206-2584