| | |
|---|---|
| **KRISS & FEUERSTEIN LLP** | **Hearing Date: November 15, 2024** |
| 360 Lexington Avenue, Suite 1200 | **Time: 10:30 a.m.** |
| New York, New York 10017 | |
| (212) 661-2900 | |
| (212) 661-9397 – facsimile | **Objection Deadline: November 8, 2024** |
| Daniel N. Zinman, Esq. | **Time: 5:00 P.M.** |
| Greg A. Friedman, Esq. | |
| Jerold C. Feuerstein, Esq. | |
| dzinman@kandfllp.com | |
| gfriedman@kandfllp.com | |
| jfeuerstein@kandfllp.com | |

*Attorneys for 58 Dobbin Funding L.P.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 58 DOBBIN LLC, | Case No. 24-44179-ESS and 24-4111-ESS |
| Debtor. | Hon. Elizabeth S. Stong<br>United States Bankruptcy Judge |

------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon the annexed Motion (the "Motion") of 58 Dobbin Funding L.P. (the "Secured Creditor"), by and through its attorneys, Kriss & Feuerstein LLP, will move at a remote hearing by using the Zoom for Government® videoconferencing platform, before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court of the Eastern District of New York, located at 271-C Cadman Plaza East, Courtroom 3585, Brooklyn, NY 11201, on November 15, 2024 at 10:30 a.m., or as soon thereafter as counsel can be heard, for entry of an Order: (i) granting relief from the automatic stay for cause pursuant to 11 U.S.C. §§ 105(a), 361, 362(d)(1), and 362(d)(2), so that it may exercise all rights and remedies available to it under applicable law with respect to the real property commonly known as 58 Dobbin Street, Brooklyn, New York 11222 (Block: 2643, Lot: 52) (the "Property");

(ii) granting *in rem* relief and/or prospective relief pursuant to 11 U.S.C. §§ 105(a), and 362(d)(4), such that the automatic stay from any future filings under the Bankruptcy Code by the Dobbin Debtor and/or any person or entity having or claiming an interest in the Property within two (2) years shall not attach to the Property; (iii) waiving the fourteen (14) day stay imposed by FED. R. BANKR.P. 4001(a)(3); and (iv) granting such further and different relief as the Court may deem just and proper**.**

**PLEASE TAKE FURTHER NOTICE** that all hearing participants must register with eCourt Appearances not less than 24 hours in advance of all appearances. The dial-in information and/or video link will be provided by email after registration with eCourt Appearances. Please see https://www.nyeb.uscourts.gov/content/judge-elizabeth-s-stong for further information.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the instant application must be made in writing and received in the Bankruptcy's Court Clerk's office at the United States Bankruptcy Court of the Eastern District of New York, located at the United States Courthouse located at 271-C Cadman Plaza East, Brooklyn, NY 11201, to the Office of the United States Trustee for the Eastern District of New York, Alexander Hamilton Custom House, One Bowling Green, Suite 510, New York, New York 10004, and to the undersigned, Kriss & Feuerstein LLP, 360 Lexington Avenue, 12th Floor, New York, New York 10017 no later than seven (7) days before the hearing date set forth herein.

Dated: New York, New York
       October 22, 2024

                        KRISS & FEUERSTEIN LLP
                        *Attorneys for 58 Dobbin Funding L.P.*

                        *s/ Daniel N. Zinman*
                        Daniel N. Zinman, Esq.
                        Greg A. Friedman, Esq.
                        Jerold C. Feuerstein, Esq.
                        360 Lexington Avenue, 12th Floor
                        New York, New York 10017
                        (212) 661-2900
                        (212) 661-9397 fax
                        dzinman@kandfllp.com
                        gfriedman@kandfllp.com
                        jfeuerstein@kandfllp.com

To:

58 Dobbin LLC,
58 Dobbin Street
Brooklyn, NY 11222
*Debtor in Case Nos. 24-41110-ESS and 24-44179-ESS*

Allen A. Kolber, Esq.
The Law Offices of Allen A. Kolber, Esq.
134 Route 59, Suite A
Suffern, NY 10901
*Attorney for Debtor 58 Dobbin LLC in Case No. 24-41110-ESS*

150 Skillman St LLC
58 Dobbin Street
Brooklyn, NY 11222
*Debtor in Case No. 24-44210-NHL*

Linda M. Tirelli, Esq.
50 Main Street – Suite 1265
White Plains, NY 10606
ltirelli@tirellilawgroup.com
*Attorney for Debtor 150 Skillman St LLC in Case No. 24-44210-NHL and for Debtor 58 Dobbin LLC in Case No. 24-44179-ESS*

Office of the United States Trustee- *U.S. Trustee*
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408

U.S. Trustee Payment Center
PO Box 6200-19
Portland, OR 97228-6299

NYC Department of Finance
One Centre Street, 22nd Floor
New York, NY 10007

NYC Department of Finance
66 John Street, Room 104
New York, NY 10038

New York City Department of Finance
Office of Legal Affairs
Collections Unite-RPT Taxes
375 Pearl Street, 30th Floor
New York, NY 10038

NYC Water Board
P.O. Box 11863
Newark, NJ 07101

New York City Water Board
Department of Environmental Protection
59-17 Junction Boulevard/8th Floor
Flushing, NY 11373

Commercial Tenant
58 Dobbin Street
Brooklyn, NY 11222

Henrick Weiss
2 Leipnick Way, #202
Monroe, NY 10950

Jerome E. Goldman, Esq.
1216 48th Street
Brooklyn, NY 11219
*Attorney for Defendants 58 DOBBIN LLC, 150 SKILLMAN ST LLC*
*and HENRY WEISS in the Foreclosure Action under Index No. 523368/2019*

Vivian Cristina Sobers, Esq.
11 Broadway
New York, NY 10004
*Attorney for Defendant 58 DOBBIN LLC*
*in the Foreclosure Action under Index No. 523368/2019*

Henrick Weiss
58 Dobbin Street
Brooklyn, NY 11222

Philip L. Kamaras, Esq.
*Law Office of Philip L. Kamaras*
255 Broadway, Suite 1900
New York, New York 10007-3744
*Referee in the Foreclosure Action under Index No. 523368/2019*

Joseph Bova, Esq.
7410 14th Avenue
Brooklyn, NY 11228
*Receiver in the Foreclosure Action under Index No. 523368/2019*

Edward A. Vincent, Esq.
19-02 Whitestone Expwy, Suite 302
Whitestone, NY 11357
*Attorneys for Receiver in the Foreclosure Action under Index No. 523368/2019*

ALJS CATERING
58 Dobbin Street, 1st Floor
Brooklyn, New York 11222
*Defendant in the Foreclosure Action under Index No. 523368/2019*

J. Logan Rappaport, Esq.
BRONSTER LLP
156 West 56th Street – Suite 703
New Yok, NY 10019
*Attorneys for Tower Capital Management in the Tax Lien Foreclosure Action under Index No. 525814/2022*